# JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

Agatha R. McHale         8125 ADAMS DRIVE, SUITE A        Douglas R. Roeder
Attorney at Law            HUMMELSTOWN, PA 17036           Attorney at Law

TELEPHONE (717) 566-6097
FAX (717) 566-8313
E-MAIL: info@pamd13trustee.com

January 9, 2023

Office of the United States Trustee
Attn: Troy D. Sellars, AUST
228 Walnut St., Suite 1190
Harrisburg, PA 17101

*In re: Ratchford*
Case No. 5:22-02204-HWV

Dear Mr. Sellars:

I respectfully reject assignment of this case, filed on November 14, 2022. Mrs. Ratchford is a courtroom deputy for the Honorable Mark J. Conway before whom my office regularly practices.

                         Very truly yours,

                         /s/

                         Jack N. Zaharopoulos
                         Standing Chapter 13 Trustee